AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| The Torrenzano Group | ) | |
| Plaintiff | ) | 08-357 |
| v. | ) | Civil Action No. _____ |
| Dorchester Capital Management Company | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Dorchester Capital Management Company
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington DE 19801

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Erica N. Finnegan, Esq.
Cross & Simon, LLC
P.O. Box 1380
Wilmington, DE 19899-1380

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 6/16/08

_Beth Dure_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on DORCHESTER CAPITAL MANAGEMENT COMPANY, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

X   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is SCOTT LASCALA, SECTION HEAD PROCESS, AUTHORIZED TO ACCEPT SERVICE FOR CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19809, R.A.

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 6/17/08 @ 3:45 pm

Server's signature

ROBERT DELACY, SPS
D.M. PROFESSIONAL SERVICES
Printed name and title

5 Orchard Lane
Wilmington, DE 19809

Server's address