IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-357 (JJF) |
| | ) |
| DORCHESTER CAPITAL MANAGEMENT COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise respond to the Complaint shall be extended to July 15, 2008.

CROSS & SIMON, LLC

*/s/ Erica N. Finnegan*

Erica N. Finnegan (#3986)
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, DE 19801
(302) 777-4200
efinnegan@crosslaw.com
   *Attorneys for Plaintiff The Torrenzano Group*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jay N. Moffitt*

Julia Heaney (#3052)
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Defendant Dorchester Capital Management Company*

July 7, 2008
2394091

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE