IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-357 (JJF) |
| ) | |
| DORCHESTER CAPITAL MANAGEMENT ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION**
**_PRO HAC VICE_ OF MITCHELL B. SHENKMAN, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission _pro hac vice_ of Mitchell B. Shenkman, Esquire to represent the Plaintiff, The Torrenzano Group, LLC in this matter.

Dated: July 11, 2008

CROSS & SIMON, LLC

_____
Erica N. Finnegan (No. 3986)
913 N. Market Street, 11th Floor
Wilmington, De 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
efinnegan@crosslaw.com
_Attorneys for Plaintiff The Torrenzano Group, LLC_

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission _pro hac vice_ is granted.

Date:_____        _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, United States Court of Appeals for the Second Circuit, and United States District Courts for the District of Columbia, Eastern District of New York, Northern District of New York, and Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 10, 2008

Mitchell B. Shenkman, Esquire
The Abramson Law Group, PLLC
570 Lexington Avenue, 23rd Floor
New York, New York 10022
Tel. (212) 686-4401