IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-357 (JJF) |
| ) | |
| DORCHESTER CAPITAL MANAGEMENT ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Dorchester Capital Management Company states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jay N. Moffitt*

Julia Heaney (#3052)
Jay N. Moffitt (#4742)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*jheaney@mnat.com*
*jmoffitt@mnat.com*
   *Attorneys for Defendant Dorchester Capital*
   *Management Company*

August 5, 2008
2437366

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Erica N. Finnegan
> CROSS AND SIMON

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

Erica N. Finnegan
CROSS & SIMON
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, DE 19801

*/s/ Jay N. Moffitt*

Jay N. Moffitt (#4742)
jmoffitt@mnat.com