IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DORCHESTER CAPITAL MANAGEMENT ) <br> COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 08-357 (JJF) |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by August 29, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before November 15, 2008.

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Stark for the purposes of exploring the possibility of a settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

4. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by December 1, 2008. Fact discovery shall be completed by January 7, 2009.

(b) Maximum of 15 interrogatories, including contention interrogatories, for each side.

(c) Maximum of 15 requests for admission by each side.

(d) Maximum of 5 depositions by each side, excluding expert depositions. With respect to depositions taken pursuant to a Rule 30(b)(6) request, each seven (7) hours of deposition testimony will constitute one deposition, regardless of the number of witnesses produced. Depositions shall not commence until the discovery required by Paragraph 4(a, b and c) is completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on issues on which the party bears the burden of proof are due by January 21, 2009; responding and rebuttal reports are due February 4, 2009.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

5. **Non-Case Dispositive Motions**.

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

(b)   At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c)   Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by email at: jjf_civil@ded.uscourts.gov.

6.   **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before November 15, 2008.

7.   **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 11, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

8.   **Applications by Motion**.

(a)   Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for filing non-dispositive motions in non-patent cases (pro se cases excluded). Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)   No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

DATED _____            _____
                                   UNITED STATES DISTRICT JUDGE

2437858

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jay N. Moffitt
302 351 9123
302 425 3002 Fax
jmoffitt@mnat.com

August 8, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *The Torrenzano Group v. Dorchester Capital Management Company*,
      C.A. No. 08-357 (JJF)

Dear Judge Farnan:

      I enclose herewith a proposed Rule 16 Scheduling Order that has been agreed upon by counsel for the parties, subject to the approval of the Court. If the Court has any questions or would like to schedule a conference to discuss this proposed order, counsel for the parties will make themselves available.

Respectfully,

*/s/ Jay N. Moffitt*

Jay N. Moffitt (#4742)

Enclosure
cc:   Clerk of the Court (by e-filing)
      Erica N. Finnegan, Esquire (by e-filing)