IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, LLC, )<br>)<br>Plaintiff )<br>)<br>-v- )<br>)<br>DORCHESTER CAPITAL MANAGEMENT )<br>COMPANY, )<br>)<br>Defendant )<br>-------------------------------------------------------------) | C.A. No. 08-357 (JJF) |

NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 were served on Friday, August 29, 2008 on the following counsel of record by electronic mail:

Jay N. Moffitt, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market St.
Wilmington, DE 19801
jmoffitt@mnat.com

| | |
|---|---|
| OF COUNSEL: | CROSS & SIMON, LLC |
| Mitchel B. Shenkman<br>The Abramson Law Group, PLLC<br>570 Lexington Avenue, 23rd Floor<br>New York, New York 10022<br>Telephone (212) 686-4401 | By:  / s /  *Erica N. Finnegan*<br>Erica N. Finnegan (No. 3986)<br>913 N. Market Street, 11th Floor<br>Wilmington, DE  19801<br>Telephone (302) 777-4200<br>Facsimile  (302)777-4224<br>efinnegan@crosslaw.com |
| Dated:  August 29, 2008 | Attorneys for Plaintiff<br>The Torrenzano Group, LLC |