IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TORRENZANO GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-357 (JJF) |
| ) | |
| DORCHESTER CAPITAL MANAGEMENT ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 29, 2008, copies of Dorchester Capital Management Company's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) were caused to be served upon the following counsel of record in the manner indicated:

### BY ELECTRONIC MAIL

Erica N. Finnegan
CROSS & SIMON
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, DE  19801

Mitchell Shenkman
The Abramson Law Group, PLLC
570 Lexington Avenue, 23rd Floor
New York, NY 10022

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jay N. Moffitt*
                        _____
                        Julia Heaney (#3052)
                        Jay N. Moffitt (#4742)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        jheaney@mnat.com
                        jmoffitt@mnat.com
                            *Attorneys for Defendant Dorchester Capital*
                            *Management Company*

August 29, 2008

2469484

CERTIFICATE OF SERVICE

I, Jay N. Moffitt, hereby certify that on August 29, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Erica N. Finnegan
CROSS AND SIMON

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

Erica N. Finnegan
CROSS & SIMON
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, DE 19801

Mitchell Shenkman
The Abramson Law Group, PLLC
570 Lexington Avenue, 23rd Floor
New York, NY 10022

/s/ Jay N. Moffitt
Jay N. Moffitt (#4742)
jmoffitt@mnat.com